STATE ex rel. JOHN W. ETCHISON et al. v. JAMES McGUIRE.

(Filed 17 April, 1908).

**Appeal and Error—Order Making Parties—No Prejudice to Appellant Appearing—Premature Appeal.**

Orders of the lower court making additional parties to an action are usually discretionary, and an appeal therefrom will be dismissed as prematurely taken when it does not appear in what manner the rights of the appellant are prejudiced.

ACTION heard by *Justice, J.,* at Spring Term, 1907, of DAVIE.

Plaintiffs appealed.

*T. B. Bailey* and *A. T. Grant, Jr.,* for plaintiffs.
*Watson, Buxton & Watson* and *E. L. Gaither* for defendant.

BROWN, J. The plaintiffs except to and appeal from an order of his Honor, *Judge Justice,* at September Term, 1907, of the Superior Court of Davie County, directing that W. A. Bailey be made a party defendant and that a summons issue, returnable to the following term. The defendant moves to dismiss the appeal in this Court upon the ground that it is premature, and we are of opinion that, under the authorities, the motion must be allowed.

There may be cases, where the injury to a party's right is manifest, in which this Court will entertain such an appeal, but the wrong done these plaintiffs by the order has not been made plain to us. The Court has said: "It can very rarely happen that making an additional party will be a serious prejudice, and hence such orders are usually discretionary and not reviewable." *Bernard v. Shemwell,* 139 N. C., 447; *Tillery v. Candler,* 118 N. C., 889, and cases cited; The Code, sec. 273.

Appeal Dismissed.